AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer R.W. SMITH and/or in c/o Chief T.S. MORRIS
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SGT. R L WARREN 7628 , who is
designated by law to accept service of process on behalf of *(name of organization)* OFFICER,
R.W. SMITH on *(date)* 9-22-2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 30.00 for travel and $ _____ for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 9-22-16

*Server's signature*

Gregory Mitchell, Mitchell Process
*Printed name and title*

221 N. Hogan Street
Unit 340
Jacksonville, Florida 32202
*Server's address*

Additional information regarding attempted service, etc: