UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:16-cv-1179-J-39 JBT

CHRISTIAN TESTA, as Personal
Representative of the Estate of Paul Testa,
Deceased,

    Plaintiff,

vs.

Sheriff MIKE WILLIAMS, individually and in his official capacity,
TARA WILDES, individually and in her official capacity,
THE CITY OF JACKSONVILLE,
T.J. MEANS, individually and in his official capacity,
E.L. HAYNES, individually and in his official capacity,
C.B. DIX, individually and in his official capacity,
E.J. BAKER, individually and in his official capacity,
G.A. FEDDERLY, individually and in his official capacity,
J.M. RHODEN, individually and in his official capacity,
F.D. CALHOUN, individually and in his official capacity,
G. BRIDGEMAN, individually and in his official capacity,
T.P. TAYLOR, individually and in his official capacity,
S. MORENO, individually and in his official capacity,
J.A. SIRVENT, individually and in his official capacity,
C.S. WINTERS, individually and in his official capacity,
B.D. NICHOLSON, individually and in his official capacity,
J.L. BUCHANAN, individually and in his official capacity,
C.A. NORTON, individually and in his official capacity, and
R.W. SMITH, individually and in his official capacity,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO INDIVIDUAL DEFENDANTS ONLY

All parties who have appeared in this action, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal without prejudice of all claims asserted herein against the individual defendants: SHERIFF MIKE WILLIAMS, TARA WILDES, T.J. MEANS, C.B. DIX, E.J. BAKER, G.A. FEDDERLY, S. MORENO, B.D

NICHOLSON, AND R.W. SMITH.  Each party shall be responsible for their respective attorney's fees and costs.

Dated:  August 30, 2017

Respectfully submitted,

| **NICHOLS & PINA, LLLP** | **OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE** |
|---|---|
| */s/Theodore S. Pina, Jr.* | */s/ Gabriella Young* |
| **Theodore S. Pina, Jr.** | **Gabriella Young, Assistant General Counsel** |
| **Florida Bar No. 0095192** | **Florida Bar No.: 183709** |
| Email:  ted@nicholsandpina.com | Email: GCYoung@coj.net |
| **EUGENE B. NICHOLS** | **STEPHEN J. POWELL** |
| **Florida Bar No. 156078** | **Chief Tort & Employment Litigation** |
| Email:  gene@nicholsandpina.com | **Florida Bar No. 305881** |
| 300 West Adams Street, Suite 130 | Email: SPowell@coj.net |
| Jacksonville, Florida 32202 | 117 West Duval Street, Suite 480 |
| Telephone:  (904) 353-3300 | Jacksonville, Florida  32202 |
| Facsimile:  (904) 353-3315 | Telephone:  (904) 630-1841 |
| Attorney for Plaintiff | Facsimile:   (904) 630-1316 |
| | Attorneys for Defendants |