UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTIAN TESTA, as Personal
Representative of the Estate of Paul
Testa, Deceased,

    Plaintiff,

v.                                                                                    Case No. 3:16-cv-1179-J-39JBT

MIKE WILLIAMS, Sheriff, individually
and in his Official Capacity, TARA
WILDES, Sheriff, individually and in her
Official Capacity, CITY OF
JACKSONVILLE, T. J. MEANS,
individually and in his official capacity,
E. L. HAYNES, individually and in his
official capacity, C. B. DIX, individually
and in his official capacity, E. J. BAKER,
individually and in his official capacity,
G. A. FEDDERLY, individually and in his
official capacity, J. M. RHODEN,
individually and in his official capacity, F.
D. CALHOUN, individually and in his
official capacity, G. BRIDGEMAN,
individually and in his official capacity, T.
P. TAYLOR, individually and in his
official capacity, S MORENO,
individually and in his official capacity, J.
A. SIRVENT, individually and in his
official capacity, C. S. WINTERS,
individually and in his official capacity,
B. D. NICHOLSON, individually and in
his official capacity, J. L. BUCHANAN,
individually and in his official capacity,
C. A. NORTON, individually and in his
official capacity, and R. W. SMITH,
individually and in his official capacity,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Joint Stipulation of Dismissal Without Prejudice as to Individual Defendants Only (Doc. 46; Stipulation) filed on August 30, 2017, and Defendants, Sheriff Mike Williams' and Tara Wildes' (in their Individual Capacities), Motion to Dismiss Amended Complaint and Supporting Memorandum of Law (Doc. 27; Motion) filed on October 20, 2016.

In the Stipulation, the parties seek dismissal without prejudice of all claims asserted against the following individual defendants: Sheriff Mike Williams, Tara Wildes, T.J. Means, C.B. Dix, E.J. Baker, G.A. Fedderly, S. Moreno, B.D. Nicholson, and R.W. Smith. Notice at 1-2. The Notice does not include all of the individual Defendants named in the Amended Complaint and excludes the following individual Defendants: E.L. Hayes, J.M. Rhoden, F.D. Calhoun, G. Bridgeman, T.P. Taylor, J.A. Sirvent, C.S. Winters, J.L. Buchanan, and C.A. Norton. See id. To the extent that Plaintiff seeks to eliminate a particular claim, part of a claim, or issue as opposed to the entire case, he "should amend the complaint under Rule 15(a) rather than dismiss under Rule 41(a)." See Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004) (internal citation omitted). An amended complaint will clarify the remaining claims pending before the Court. Moreover, in light of the Stipulation, Defendants' Motion seeking dismissal of claims brought against Sheriff Mike Williams and Tara Wildes in their individual capacities is moot.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiff shall file an amended complaint on or before **September 15, 2017**.

- 3 -

2. Defendants, Sheriff Mike Williams' and Tara Wildes' (in their Individual Capacities), Motion to Dismiss Amended Complaint and Supporting Memorandum of Law (Doc. 27) is **DENIED** as moot.

**DONE** and **ORDERED** in Jacksonville, Florida this 31st day of August, 2017.

_____
BRIAN J. DAVIS
United States District Judge

va
Copies furnished to:
Counsel of Record