UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTIAN TESTA, as Personal Representative
of the Estate of Paul Testa, Deceased,

        Plaintiff,

vs.                               CASE NO.: 3:16-cv-01179-BJD-JBT

MIKE WILLIAMS, Sheriff, individually and in
his Official Capacity, et al.

        Defendants.

## NOTICE OF CANCELLATION OF MEDIATION

By agreement of counsel for the parties in this case, the mediation conference scheduled for **WEDNESDAY, JANUARY 24, 2018 at 9:30 a.m.**, is herewith cancelled, to be rescheduled at a mutually convenient date in the future.

        DATED this __23__ day of January, 2018.

                                            Respectfully submitted,

                                            _/s/ Michael I. Coulson_
                                            MICHAEL I. COULSON - **Mediator**
                                            Certification No: 5891 R
                                            320 North First Street, Suite 708
                                            Jacksonville Beach, FL 32250
                                            (904) 296-9919
                                            (904) 296-8323 - Fax

## Certificate of Service

I DO HEREBY that a copy of the foregoing has been furnished to the below-named attorneys by electronic filing this __23__ day of January, 2018.

Eugene Nichols, Esquire
Theodore Pina, Jr., Esquire
Nichols and Pina, LLLP
300 W. Adams Street, Suite 130
Jacksonville, FL 32202
Attorneys for **Plaintiff**

Gabriella Young, Esquire
Stephen J. Powell, Esquire
Office of General Counsel
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
Attorneys for **Defendants**

_____
Mediator