UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTIAN TESTA, as Personal
Representative of the Estate of Paul Testa,
Deceased,
    Plaintiff,

vs.                              Case No.:  3:16-cv-1179-J-39 JBT

THE CITY OF JACKSONVILLE,
E.L. HAYNES, individually and in his official capacity,
J.M. RHODEN, individually and in his official capacity,
F.D. CALHOUN, individually and in his official capacity,
G. BRIDGEMAN, individually and in his official capacity,
T.P. TAYLOR, individually and in his official capacity,
J.A. SIRVENT, individually and in his official capacity,
C.S. WINTERS, individually and in his official capacity,
J.L. BUCHANAN, individually and in his official capacity, and
C.A. NORTON, individually and in his official capacity,
    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR EXPERT DISCLOSURE REQUIREMENTS AND TO ADJUST CASE MANAGEMENT DEADLINES

Plaintiff, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01, hereby moves for entry of an order extending the date for complying with expert disclosure requirements and adjusting the case management deadlines accordingly. As grounds state as follows:

1.    On September 27, 2017, the Court entered an Order (Doc. 51), which set forth amended case management deadlines including Disclosure of Expert Reports for Plaintiff by December 26, 2017. Counsel for Defendant agreed to extended this deadline for an additional period of time. Due to difficulty in communicating with potential experts and unforeseen administrative and staffing issues, as well as the undersigned's commitments in other pending

matters, even this additional time did not allow Plaintiff to adequately meet the deadlines and requirements for disclosure of experts and expert reports. Accordingly, Plaintiff requests an additional thirty (30) days from entry of the Court's order to comply with disclosure requirements for the following experts; Lennie Lou Dijoseph, Aubrey Land, and Daniel Spitz, M.D. Defendant's Expert Disclosure Deadline would be due thirty (30) days thereafter.

2. Plaintiff respectfully requests that additional deadlines as follows:

| | | | |
|---|---|---|---|
| Disclosure of Expert Reports | Plaintiff: | January 19, 2018 | **February 19, 2018** |
| | Defendant: | February 19, 2018 | **March 21, 2018** |
| Discovery Deadline | | March 19, 2018 | **May 3, 2018** |
| Mediation | Deadline: | February 28, 2019 | April 14, 2018 |
| | Mediator: | Michael I. Coulson, Esq. | |
| | Address: | 320 1st Street North, Ste. #708 Jacksonville Beach, Fl 32250 | |
| | Telephone: | | |
| Dispositive and Daubert Motions (Responses due 21 days after) | | April 30, 2018 | June 14, 2018 |
| Motions In Limine | | September 5, 2018 | October 22, 2018 |
| Responses to Motions In Limine | | September 12, 2018 | October 29, 2018 |
| All Other Motions | | September 12, 2018 | October 29, 2018 |
| Joint Pretrial Statement | | September 12, 2018 | October 29, 2018 |
| Final Pretrial Conference | Date: | September 19, 2018 | November 5, 2018 |
| | Time: | 10: 00 a.m. | |
| | Judge: | Brian J. Davis | |
| Trial Term Begins [Trials Before Magistrate Judges Begin on Date Certain] | | October 1, 2018 9:00 a.m. | January 2, 2019 9:00 a.m. |

2

3.      Plaintiff makes this Motion in good faith and not for the purpose of causing delay. Counsel for Plaintiff has discussed this matter with Opposing Counsel, and she does not object to extension of these deadlines as outlined herein.

**WHEREFORE**, the parties respectfully request this Court to enter an order extending the expert witness disclosure and other case management deadlines as proposed herein.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) states that when an act may or must be done within a specified time, the Court may, for good cause, extend the time. This motion is not made for purposes of undue delay. Last, discovery has been diligently conducted, yet the complexities of the instant case require more discovery. *See Hensley v. Eckerhart*, 461 U.S. 424, 447 (1983) (analogizing civil rights cases in the attorney's fee context to "other types of equally complex Federal litigation, such as antitrust cases[.]"). Accordingly, this Court should grant the instant motion and extend the deadline by which the parties are to disclose experts and other case management deadlines as proposed herein.

Respectfully submitted,

Date: January 24, 2018.

NICHOLS & PINA, LLL

By: *Theodore S. Pina, Jr.*
THEODORE S. PINA, JR.
FL Bar No.: 0095192
300 West Adams Street, Suite 130
Jacksonville, Florida 32202
(904) 353-3300 (P)
(904) 353-3315 (F)
Attorney for Plaintiff
ted@nicholsandpina.com