UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:16 CV 1179-J-39 JBT

**CHRISTIAN TESTA**, as Personal
Representative of the Estate of **Paul Testa**,
Deceased,

                Plaintiff,

v.

Sheriff **MIKE WILLIAMS**, individually and in his
official capacity, **TARA WILDES**, individually and
in her official capacity, **THE CITY OF JACKSONVILLE**,
**T.J. MEANS**, individually and in his official capacity, **E.L. HAYNES**,
individually and in his official capacity, **C.B. DIX**, individually
and in his official capacity, **E.J. BAKER**, individually and in his
official capacity, **G.A. FEDDERLY**, individually and in his
official capacity, **J.M. RHODEN**, individually and in his official
capacity, **F.D. CALHOUN**, individually and in his official
capacity, **G. BRIDGEMAN**, individually and in his official capacity,
**T.P. TAYLOR**, individually and in his official capacity, **S. MORENO**,
individually and in his official capacity, **J.A. SIRVENT**, individually
and in his official capacity, **C.S. WINTERS**, individually and in his
official capacity, **B.D. NICHOLSON**, individually and in his official
capacity, **J.L. BUCHANAN**, individually and in his official capacity,
**C.A. NORTON**, individually and in his official capacity, and
**R.W. SMITH**, individually and in his official capacity,

                Defendants.

_____/

## **PLAINTIFF'S NOTICE OF EXPERT DISCLOSURE**

Plaintiff, by and through his undersigned counsel, files this Notice of Expert Disclosure. On February 20, 2018, Plaintiff disclosed their expert, Aubrey Land and sent the required expert report to the Defendant as required by this Court's order.

Case No.: 3:16 CV 1179-J-39 JBT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court for using the CM/ECF system. I further certify that I served a copy of the foregoing by electronic mail to: Defendant's counsel, OFFICE OF GENERAL COUNSEL: GABRIELLA YOUNG, ASSISTANT GENERAL COUNSEL and STEPHEN J. POWELL, CHIEF OF TORT & EMPLOYMENT LITIGATION, Office of General Counsel, 117 West Duval Street, Suite 480, Jacksonville, Florida 32202, SPowell@coj.net; GCYoung@coj.net.

Signed this 20 day of February, 2018.

NICHOLS & PINA, LLLP

BY: _____
THEODORE S. PINA, JR.
FL Bar No.: 0095192
300 West Adams Street, Suite 130
Jacksonville, Florida 32202
Phone: (904) 353-3300
Fax: (904) 353-3315
Attorney for Plaintiff
ted@nicholsandpina.com